**Julie DELANEY, Plaintiff–Appellant,**

v.

**Victor R. CADE, D.O.; St. Joseph Memorial Hospital; Central Kansas Medical Center, Defendants–Appellees,**

**and**

**L.G. Stephenson & Co., Inc., Defendant.**

No. 91–3358.

United States Court of Appeals, Tenth Circuit.

June 3, 1994.

Dwight A. Corrin, Corrin & Krysl, Wichita, KS, for plaintiff-appellant.

Robert G. Martin and Alisa M. Arst, McDonald, Tinker, Skaer, Quinn & Herrington, Wichita, KS, for defendant-appellee Victor R. Cade, D.O.

Anne M. Hull, Eldon L. Boisseau, and Brian C. Wright, Turner and Boisseau, Wichita, KS, for defendants-appellees St. Joseph Memorial Hosp. and Central Kansas Medical Center.

Before SEYMOUR, Chief Circuit Judge, MOORE, Circuit Judge, and BURCIAGA, Chief District Judge.*

**ORDER**

JOHN P. MOORE, Circuit Judge.

This matter is before us following a response by the Supreme Court of the State of Kansas to our certification of the question whether Kansas recognizes the theory of the loss of chance of recovery. *See Delaney v. Cade,* 255 Kan. 199, 873 P.2d 175 (1994). The certified question having been answered affirmatively, the portion of the judgment over which we retained jurisdiction in this matter is **REVERSED** and the cause **REMANDED** for further proceedings. The mandate shall issue forthwith.

---

* Honorable Juan G. Burciaga, Chief Judge for the United States District Court for the District of New Mexico, sitting by designation.